**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 366 EAL 2023
: 
Respondent   : 
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   : 
: 
: 
JAIME NATER,   : 
: 
Petitioner   : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.